# United States Bankruptcy Court
### Eastern District of Virginia

In re **Patrick Austin Vasil**
**Jessica Elizabeth Vasil**
Debtor(s)

Case No. **11-14257**
Chapter **13**

## SPECIAL NOTICE TO SECURED CREDITOR

To: **Lakeridge Auto**
**13606 Fowke Lane**
**Woodbridge, VA 22192**
*Name of creditor*

**2001 Mazda, Tribute 134,000 Miles**
*Description of collateral*

1. The attached chapter 13 plan filed by the debtor(s) proposes (*check one*):

   ☒ To value your collateral. ***See Section 3 of the plan.*** Your lien will be limited to the value of the collateral, and any amount you are owed above the value of the collateral will be treated as an unsecured claim.

   ☐ To cancel or reduce a judgment lien or a non-purchase money, non-possessory security interest you hold. ***See Section 7 of the plan.*** All or a portion of the amount you are owed will be treated as an unsecured claim.

2. ***You should read the attached plan carefully for the details of how your claim is treated.*** The plan may be confirmed, and the proposed relief granted, unless you file and serve a written objection by the date specified and appear at the confirmation hearing. A copy of the objection must be served on the debtor(s), their attorney, and the chapter 13 trustee.

| | |
|---|---|
| Date objection due: | seven days prior to confirmation hearing |
| Date and time of confirmation hearing: | August 10, 2011 @ 9:30 am |
| Place of confirmation hearing: | 200 South Washington St 3rd Floor Courtroom III Alexandria, VA |

**Patrick Austin Vasil**
**Jessica Elizabeth Vasil**
*Name(s) of debtor(s)*

By: **/s/ Roger C. Hurwitz**
**Roger C. Hurwitz 51016**
*Signature*

☒ Debtor(s)' Attorney
☐ Pro se debtor

**Roger C. Hurwitz 51016**
*Name of attorney for debtor(s)*
**The Debt Law Group, PLLC**
**PO Box 5928**
**Glen Allen, VA 23058**
*Address of attorney [or pro se debtor]*

Tel. # **804-308-0051**
Fax # **804-308-0053**

Page 1

CERTIFICATE OF SERVICE

I hereby certify that true copies of the foregoing Notice and attached Chapter 13 Plan and Related Motions were served upon the creditor noted above by

☒ first class mail in conformity with the requirements of Rule 7004(b), Fed.R.Bankr.P; or

☐ certified mail in conformity with the requirements of Rule 7004(h), Fed.R.Bankr.P

on this **June 9, 2011**.

/s/ Roger C. Hurwitz
**Roger C. Hurwitz 51016**
*Signature of attorney for debtor(s)*

Software Copyright (c) 1996-2006 CCH INCORPORATED - www.bestcase.com          Best Case Bankruptcy